AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the

Case: 1:25-cv-00361
Assigned To : Unassigned
Assign. Date : 02/05/2025
Description: TRO/PI (D–DECK)

Myron Ward
*Plaintiff/Petitioner*

v.

ELON MUSK, in his official capacity as Director of the Department of Government Efficiency (DOGE), UNITED STATES DEPARTMENT OF THE TREASURY, DEPARTMENT OF GOVERNMENT EFFICIENCY (DOGE)
*Defendant/Respondent*

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: ______________________.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Unemployed

My gross pay or wages are: $ 1800, and my take-home pay or wages are: $ ~~1800~~ 900 now per *(specify pay period)* Bi-weekly.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❐ Yes | ❐ No |
| (b) Rent payments, interest, or dividends | ❐ Yes | ❐ No |
| (c) Pension, annuity, or life insurance payments | ❐ Yes | ❐ No |
| (d) Disability, or worker's compensation payments | ❐ Yes | ❐ No |
| (e) Gifts, or inheritances | ❐ Yes | ❐ No |
| (f) Any other sources | ❐ Yes | ❐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ $1000 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

$450 - Car
$200 - Insurance
$120 - Phone
$100 - Storage
$125 - Debt Repayment

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

California Credit Union - $18,000 (Car), $5,000 Unsecured Loan, $7,000 Credit Card
Apple Card - $7,000
Amex - $3,000

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 02/04/2025

*Applicant's signature*

Myron Ward
*Printed name*

Print | Save As... | Add Attachment | Reset

# MOTION TO PROCEED IN FORMA PAUPERIS (IFP)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**Plaintiff: Myron Ward**
**Defendants:**

- Department of Government Efficiency (DOGE)
- Elon Musk, as Director of DOGE
- U.S. Department of the Treasury

**Case No. [Case Number]**

---

## MOTION TO PROCEED IN FORMA PAUPERIS

---

Plaintiff, Myron Ward, respectfully moves this Honorable Court for leave to proceed in forma pauperis (IFP), pursuant to 28 U.S.C. § 1915, as Plaintiff is unable to pay the filing fees due to financial hardship.

As grounds for this motion, the Plaintiff states the following:

1. **Plaintiff's Financial Status**:
   Plaintiff is currently receiving unemployment benefits, as evidenced by the attached financial documentation (e.g., unemployment benefits statement, bank statements, etc.). Plaintiff's current monthly income is insufficient to cover basic living expenses, let alone the cost of filing fees.
2. **Plaintiff's Limited Financial Resources**:
   Plaintiff does not own any substantial assets, including real property or vehicles, that would enable them to pay the filing fee for this case. The Plaintiff has also provided a detailed summary of their monthly expenses, which includes rent, utilities, and other essential living costs.
3. **Legal Standard**:
   Under 28 U.S.C. § 1915, a party may proceed **in forma pauperis** when they can demonstrate that they are unable to pay the filing fee due to financial hardship. This statute is designed to ensure that all individuals, regardless of financial means, have access to the courts. Courts regularly grant IFP status to litigants who can demonstrate financial need.

4. **Plaintiff's Case**:
   The Plaintiff is seeking to challenge the actions of the Department of Government Efficiency (DOGE) and its control over the Treasury payment system, which poses a threat to their current and future financial stability, including their ability to continue receiving unemployment benefits.
5. **5. Financial Declaration:**
   Attached is a signed **Affidavit in Support of Motion to Proceed In Forma Pauperis**, completed under penalty of perjury pursuant to 28 U.S.C. § 1746, detailing Plaintiff's income, expenses, and assets.

**WHEREFORE,** for the reasons stated above, Plaintiff respectfully requests that this Court grant this motion and permit Plaintiff to proceed in forma pauperis, waiving the filing fee required for this lawsuit.

This motion is accompanied by Plaintiff's ****Affidavit in Support of Motion to Proceed In Forma Pauperis**, as required by 28 U.S.C. § 1915..**

---

**Signature:**
**Myron Ward**
Plaintiff, Pro Se (without attorney)

**Date:** February 4, 2025