**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MYRON WARD,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00361 (ACR) |

**ORDER**

Pending before the Court is a Motion to Dismiss filed by Defendants. Dkt. 15. Plaintiff is *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. This Court's Local Civil Rule concerning dispositive motions states, "Within 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion . . . . [or] the Court may treat the motion as conceded." LCvR 7(b). Further, the Court may treat as conceded any unopposed arguments that Defendant advances in support of the Motion. *See Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003), *aff'd*, 98 F. App'x 8 (D.C. Cir. 2004).

The Court advises Plaintiff that he must respond to Defendants' motion to dismiss by September 14, 2026. If Plaintiff does not respond, the Court may consider Defendants' motion conceded and dismiss the case. Alternatively, the Court may resolve the motion by considering only Defendants' arguments.

**SO ORDERED**.

Date: August 11, 2026

ANA C. REYES
United States District Judge